IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAROLYN K. DEGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:06CV650 |
| | ) | |
| PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY, a foreign corporation, | ) ) ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by plaintiff's attorney, Michael S. Degan,

**IT IS ORDERED:**

1. On or before **December 29, 2006**, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation), together with submitting to Judge Smith Camp, at smithcamp@ned.uscourts.gov a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case, including all counterclaims and the like, may be dismissed without further notice.

3. All case progression deadlines are hereby terminated upon the representation that this case is settled.

**DATED November 28, 2006.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge