IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CAROLYN K. DEGAN,** | ) | **CASE NO. 8:06CV650** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| **PROVIDENT LIFE & ACCIDENT INSURANCE COMPANY, a foreign corporation,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Plaintiff's Motion to Dismiss. The parties have notified the Court of their settlement, and the Defendant does not oppose the Plaintiff's motion. The motion satisfies the requirements of Fed. R. Civ. P. 41(a)(1)(ii). Accordingly,

IT IS ORDERED:

1. The Plaintiff's Motion to Dismiss (Filing No. 10) is granted;

2. The Complaint and all claims in this matter are dismissed with prejudice; and

3. Unless otherwise agreed by and between the parties, the parties will pay their own costs and attorney fees.

DATED this 22nd day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge